No. 4549.—Sucn. Peraza, aplda., v. Marín, aplte.— C. D. Arecibo. Dic. 18, 1928.

Por cuanto, la demandante y apelada ha solicitado la desestimación de la apelación en este caso por el solo fundamento de que la parte apelante no le ha notificado la transcripción de autos;

Por cuanto este defecto no es jurisdiccional y la parte apelante ha demostrado que ha hecho toda diligencia posible para subsanar tal defecto;

Por cuanto, vistos los casos de *García v. American Railroad Company of P. R.*, 17 D.P.R. 949; *Sucesores de José Martínez v. Tomás Dávila & Cía.*, 17 D.P.R. 1008 y *Hernández v. American Railroad Company of P. R.*, 17 D.P.R. 1225;

Por tanto, se declara sin lugar la moción de desestimación presentada.

No. 4773.—Villar & Co., Inc., aplda., v. Hansson, aplte. C. D. San Juan. Dic. 19, 1928. Vista la moción que antecede sobre desestimación de la presente apelación, fundándose el promovente en el caso de *Lizardi v. Marrero*, 33 D.P.R. 838, para sostener que una resolución denegando una moción sobre nulidad de embargo no es apelable, y apareciendo que la doctrina sentada en dicho caso no es aplicable al presente caso por ser distintos los hechos y la cuestión envuelta, debiendo regirse el caso de autos por la jurisprudencia establecida en los casos de *Trautman v. Trautman & Acha*, 31 D.P.R. 268, y *Santiago v. Maldonado*, 31 D. P.R. 280, y no existiendo verdadero conflicto entre una y otra doctrina interpretada a la luz de los hechos, no ha lugar a la desestimación solicitada.